UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Phyllis Post
                                        Plaintiff,
v.                                                      Case No.: 1:10−cv−02845
                                                        Honorable William J. Hibbler
Accounts Receivable Management, Inc.
                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 4, 2010:

    MINUTE entry before Honorable William J. Hibbler: Parties report settlement has been reached. This case is dismissed with leave to reinstate by 7/6/2010. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.