UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Phyllis Post
                              Plaintiff,
v.                                               Case No.: 1:10−cv−02845
                                                 Honorable William J. Hibbler
Accounts Receivable Management, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 17, 2010:

    MINUTE entry before Honorable William J. Hibbler: Pursuant to stipulation of dismissal, the dismissal of this action is with prejudice and without attorneys' fees and costs. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.